## PUBLIC UTILITY COMMISSION OF TEXAS et al.

v.

## TEXAS–NEW MEXICO ELECTRIC COMPANY and the City of Alvin.

No. 94–0595.

Supreme Court of Texas.

Nov. 17, 1994.

Joint Motion of all petitioners to dismiss filed herein on November 2, 1994, is granted; three applications for writ of error are granted without reference to the merits; the judgments of the courts below are set aside without reference to the merits, and the cause is remanded to the trial court for entry of judgment in accordance with the settlement agreement of the parties.